# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

September 08, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-10654    Daniel Hux v. Southern Methodist University, et al
                      USDC No. 3:13-CV-912

The court has granted in part an extension of time to and including September 28, 2015 for filing appellant's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Taylor Freytag Brinkman
Mr. Michael Patrick Kelly
Mrs. Kimberly F. Williams